

NUMBERS  13-10-00397-CR
13-10-00398-CR
13-10-00399-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**PRISCILLA GONZALES,**                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                          **Appellee.**

### On appeal from the 117th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Vela
### Memorandum Opinion Per Curiam

Appellant, Priscilla Gonzales, by and through her attorney, has filed motions to dismiss her appeals. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the cases, we grant appellant's motions to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will

issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
30th day of September, 2010.